**Opinion issued January 17, 2013**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————————

**NO. 01-12-01116-CV**

———————————————

**DARRYL W. RISER, Appellant**

**V.**

**UNAUTHORIZED PRACTICE OF LAW COMMITTEE, Appellee**

---

**On Appeal from the 269th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-16783**

---

**MEMORANDUM OPINION**

Appellant, Darryl W. Riser, has moved to dismiss the appeal. *See* TEX. R.

APP. P. 42.1(a)(1). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP.
P. 43.2(f). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Brown.